CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
    Plaintiff(s)

Civil Action No. **13-260 (JEB)**

vs.

Department of Homeland Security
    Defendant(s)

### AFFIDAVIT OF MAILING

I, **Ginger McCall**, hereby state that:

On the **15th** day of **March**, **2013**, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Ronald Machen, United States District Attorney for the District of Columbia

I have received the receipt for the certified mail, No. **70122920000004366228** (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the **18th** day of **March**, **2013**.

I declare under penalty of perjury that the foregoing is true and correct.

_March 18, 2013_                                    _/s/ Ginger McCall_
    (Date)                                                (Signature)

English        Customer Service        USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
|  | First-Class Mail® | Depart USPS Sort Facility | March 15, 2013 | CAPITOL HEIGHTS, MD 20790 | Expected Delivery By: March 16, 2013 Certified Mail™ |
|  |  | Processed at USPS Origin Sort Facility | March 15, 2013, 10:25 pm | CAPITOL HEIGHTS, MD 20790 |  |
|  |  | Dispatched to Sort Facility | March 15, 2013, 5:21 pm | WASHINGTON, DC 20009 |  |
|  |  | Acceptance | March 15, 2013, 4:11 pm | WASHINGTON, DC 20009 |  |

## Check on Another Item

What's your label (or receipt) number?

Find

LEGAL                          ON USPS.COM                              ON ABOUT.USPS.COM                    OTHER USPS SITES
Privacy Policy ›               Government Services ›                    About USPS Home ›                    Business Customer Gateway ›
Terms of Use ›                 Buy Stamps & Shop ›                      Newsroom ›                           Postal Inspectors ›
FOIA ›                         Print a Label with Postage ›             Mail Service Updates ›               Inspector General ›
No FEAR Act EEO Data ›         Customer Service ›                       Forms & Publications ›               Postal Explorer ›
                               Site Index ›                             Careers ›



CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
    Plaintiff(s)

Civil Action No. 13-260 (JEB)

vs.

Department of Homeland Security
    Defendant(s)

### AFFIDAVIT OF MAILING

I, __Ginger McCall__, hereby state that:

On the __15th__ day of __March__, __2013__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

# Department of Homeland Security

I have received the receipt for the certified mail, No. __70122920000004366235__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __18th__ day of __March__, __2013__.

I declare under penalty of perjury that the foregoing is true and correct.

| March 18, 2013 | /s/ Ginger McCall |
|---|---|
| (Date) | (Signature) |

English    Customer Service    USPS Mobile    Register / Sign In

**USPS.COM**    Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70122920000504355235 | First-Class Mail® | Arrival at Unit | March 18, 2013, 9:40 am | WASHINGTON, DC 20018 | Expected Delivery By: March 16, 2013<br>Certified Mail™ |
| | | Depart USPS Sort Facility | March 15, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed at USPS Origin Sort Facility | March 15, 2013, 10:25 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | March 15, 2013, 5:21 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | March 15, 2013, 4:12 pm | WASHINGTON, DC 20009 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›



CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
　　Plaintiff(s)

Civil Action No. 13-260 (JEB)

vs.

Department of Homeland Security
　　Defendant(s)

### AFFIDAVIT OF MAILING

I, Ginger McCall , hereby state that:

On the 15th day of March , 2013 , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

# Eric Holder, United States Attorney General

I have received the receipt for the certified mail, No. 70122920000004366211 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 18th day of March , 2013 .

I declare under penalty of perjury that the foregoing is true and correct.

March 18, 2013　　　　　　　　　　　　　/s/ Ginger McCall
　　(Date)　　　　　　　　　　　　　　　　　(Signature)

English    Customer Service    USPS Mobile                                              Register / Sign In



Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70122320000604086211 | First-Class Mail® | Depart USPS Sort Facility | March 15, 2013 | CAPITOL HEIGHTS, MD 20790 | Expected Delivery By: March 16, 2013  Certified Mail™ |
| | | Processed at USPS Origin Sort Facility | March 15, 2013, 10:25 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Dispatched to Sort Facility | March 15, 2013, 5:21 pm | WASHINGTON, DC 20009 | |
| | | Acceptance | March 15, 2013, 4:12 pm | WASHINGTON, DC 20009 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action

