UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No.  13-260 (JEB) |

## ORDER

Plaintiff filed a Complaint seeking judicial review of the U.S. Department of Homeland Security's response to Plaintiff's Freedom of Information Act request.  Defendant has now filed its Answer.  In standard cases, the parties at this juncture of the proceedings would be obliged to comply with Local Civil Rule 16.3 and Federal Rules of Civil Procedure 16(b) and 26(f).  Under Local Civil Rule 16.3(b)(1), however, actions for review on an administrative record are exempt from these requirements.  It is the Court's experience that this exemption avoids inefficient and unnecessary effort on the part of the parties since such cases are invariably decided by motion.

The Court therefore ORDERS that the parties shall consult and file a joint proposed briefing schedule on or before May 17, 2013.

    **SO ORDERED**.

                                                    /s/ *James E. Boasberg*
                                                    JAMES E. BOASBERG
                                                    United States District Judge

Date:  April 17, 2013