# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-00260 (JEB) |
| U.S. DEPARTMENT OF HOMELAND SECURITY | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Order dated April 17, 2013, Dkt. No. 7, the Parties have conferred and hereby propose the following schedule to govern this Freedom of Information Act case:

1. Defendant will file a Motion for Summary Judgment, along with a *Vaughn* index, and produce any segregable material to Plaintiff, on or before Friday, June 14, 2013;

2. Plaintiff will file an Opposition to Defendant's Motion and any Cross-Motion for Summary Judgment on or before Friday, July 12, 2013;

3. Defendant will file an Opposition to Plaintiff's Cross-Motion and a Reply Memorandum in Support of its Motion for Summary Judgment on or before Friday, July 26, 2013;

4. Plaintiff will file a Reply Brief on or before Friday, August 9, 2013.

Date: May 17, 2013                          Respectfully submitted,

MARC ROTENBERG                              STUART F. DELERY
President and Executive Director            Acting Assistant Attorney General

*/s/ Ginger P. McCall*                      RONALD C. MACHEN, JR.
GINGER P. MCCALL                            United States Attorney
(DC Bar No. 1001104)

| | |
|---|---|
| DAVID JACOBS∗ <br> JULIA HORWITZ∗∗ <br> Electronic Privacy <br> Information Center <br> 1718 Connecticut Avenue, N.W. <br> Suite 200 <br> Washington, D.C. 20009 <br> Telephone: (202) 483-1140 <br> Fax: (202) 483-1248 <br> mccall@epic.org <br><br> Attorneys for Plaintiff | ELIZABETH J. SHAPIRO <br> Deputy Director, Federal Programs <br> Branch, Civil Division <br><br> */s/ Justin M. Sandberg* <br> JUSTIN M. SANDBERG <br> (Ill. Bar No. 6278377) <br> Trial Attorney, <br> U.S. Department of Justice Civil Division, Federal Programs Branch <br> 20 Massachusetts Ave N.W., RM. 7302 <br> Washington, D.C. 20001 <br> Telephone: (202) 514-5838 <br> Fax: (202) 616-8202 <br> justin.sandberg@usdoj.gov <br><br> Attorneys for Defendant |

---

∗ Admitted to practice in New York, admission pending in D.C.
∗∗ Admitted to practice in Maryland, admission pending in D.C.