# EXHIBIT 5

**U.S. Department of Homeland Security**

**United States Coast Guard**

Office of the Administrative Law Judge
United States Coast Guard

2100 2nd Street S.W., Stop 7000
Washington, DC 20593
Staff Symbol: CG-00J
Phone: 202-372-4446
Fax: 202-372-4964
Email: Joanna.M.Sherry@uscg.mil

5720
March 25, 2013

Amie L. Stepanovich
Associate Litigation Counsel
Electronic Privacy Information Center
1718 Connecticut Avenue, NW
Suite 200
Washington, DC 20009

RE: DHS FOIA APPEAL 2013-HQAP-00004

Dear Ms. Stepanovich:

This letter is in response to your letter dated September 13, 2012, appealing the Privacy Office's response to your July 10, 2012 FOIA request. Specifically, you alleged the Agency failed to conduct an adequate search for the full text of Standard Operating Procedure 303; the full text of the pre-determined "series of questions" that determine if a shutdown is necessary; and any executing protocols or guidelines related to the implementation of Standard Operating Procedure 303, distributed to DHS, other federal agencies, or private companies, including protocols related to oversight of shutdown determinations.

Pursuant to a memorandum of agreement, the United States Coast Guard Office of the Chief Administrative Law Judge is reviewing the FOIA appeals for the Department of Homeland Security General Counsel's office. Therefore, the Office of the Chief Administrative Law Judge will be rendering the official appeal decision on behalf of the Department of Homeland Security.

After a thorough review of your appeal and all applicable documents, the Agency's August 21, 2012 decision is being remanded. In the instant case, the record fails to demonstrate that the Privacy Office conducted an adequate search for responsive records within the Management Directorate (MGMT), Office of the Chief Information Officer (CIO), and the Under Secretary for Management (USM). Accordingly, the file is being remanded for further review.

Sincerely,

Joanna Sherry
Attorney Advisor
Office of the Chief Administrative Law Judge
United States Coast Guard

Copy : James V.M.L. Holzer, I, CIPP/G, FOIA Officer
Sent : Via first class mail to the above address.



U.S. Department of
Homeland Security

United States
Coast Guard

Office of the Administrative Law Judge
United States Coast Guard

2100 Second Street, S.W.
Stop 7000
Washington, DC 20593-7000
Staff Symbol: CG-00J
Phone: (202) 372-4446
Fax: (202) 372-4964
Email: Joanna.M.Sherry@uscg.mil

5720
March 25, 2013

# MEMORANDUM

From:   Joanna M. Sherry
        Attorney Advisor

Reply to   CG-00J
Attn of:   Joanna M. Sherry
           202-372-4440

To:   James V.M.L. Holzer, I, MHR, CIPP/G
      Department of Homeland Security
      Privacy Office

Subj:   DHS FOIA APPEAL 2013-HQAP-00004

1. This FOIA request is being remanded to your office for further review. The above-captioned FOIA request was filed on or about July 10, 2012 and appealed on July 20, 2012. Based on the record, it is unclear as to whether the Privacy Office performed an adequate search for responsive records.

2. If you have any questions feel free to contact me directly at 202-372-4446.

Enclosure:   Remand Letter