# EXHIBIT 6

*EPIC v. DHS*, Civil Action No. 12-260

## *Vaughn* Index

| Document: | 1 |
|---|---|
| Page Range: | 1 – 30 (Production PDF) |
| Document description: | NCC STANDARD OPERATING PROCEDURE (SOP) 303 |

**Exemptions protecting information from release:** (b)(6), (b)(7)(c), (b)(7)(e), (b)(7)(f)