U.S. Department of Homeland Security
Washington, DC 20528



Homeland
Security

October 25, 2012

Amie L. Stepanovich
Associate Litigation Counsel
Electronic Privacy Information Center
1718 Connecticut Avenue, NW
Suite 200
Washington, DC 20009

Re:  **DHS Appeal Number 2013-HQAP-00004**
     **FOIA Request Number DHS/OS/PRIV 12-0598**

Dear Ms. Stepanovich:

The Department of Homeland Security (DHS) has received your appeal of the response by the Privacy Office to your Freedom of Information Act (FOIA) request concerning Standard Operating Procedure 303. On behalf of the Deputy Associate General Counsel for General Law, we acknowledge your appeal and are assigning it number **2013-HQAP-00004** for tracking purposes. Please reference this number in any future communications about your appeal.

A high number of FOIA requests have been received by the Department. Accordingly, we have adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-out basis.[1] While we will make every effort to process your appeal on a timely basis, there may be some delay in resolving this matter. Should you have any questions concerning the processing of your appeal, please contact me at james.holzer@hq.dhs.gov.

Sincerely,

James Holzer
Director
Disclosure and FOIA Operations

---

[1] Appeals of expedited treatment denials will be handled on an expedited basis.