Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO).
It contains information that may be exempt from public release under the Freedom of Information Act (5
U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance
with DHS policy relating to FOUO information and is not to be released to the public, the media, or other
personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. State
and local Homeland security officials may share this document with authorized security personnel without
further approval from DHS.



NCC STANDARD OPERATING PROCEDURE (SOP) 303:

**Emergency Wireless Protocols**

1. <u>Purpose.</u>  This SOP provides detailed procedures for the National Coordinating Center for
   Telecommunications (NCC) to coordinate requests for the disruption of cellular service.



(b)(7)(e); (b)(7)(f)

Office of Primary Responsibility:  NCC
Distribution:  OMNCS, NCC, NOC, All POCs in Appendix A                    Page 1 of 30

September 25, 2009          FOR OFFICIAL USE ONLY          NCC SOP 303



(b)(7)(e); (b)(7)(f)

(b)(7)(e); (b)(7)(f)

5. Fax Confirmation. (b)(7)(e); (b)(7)(f)

This fax transmission will be scanned to a file for electronic distribution upon receipt.



September 25, 2009          FOR OFFICIAL USE ONLY          NCC SOP 303



Office of Primary Responsibility:  NCC
Distribution:  OMNCS, NCC, NOC, All POCs in Appendix A          Page 4 of 30

September 25, 2009          FOR OFFICIAL USE ONLY          NCC SOP 303



b. Restoration





ii.  Notification





6. <u>Review</u>. Review annually and following any instance where these procedures are implemented.

7. <u>Supersession</u>. This is the initial issue of this SOP.

## Appendix A: Points of Contact

Appendix A will be updated as required based on input provided by the State Homeland Security Advisors.

**ALABAMA**
Alabama Emergency Management Agency
5898 County Road 41, P.O. Drawer 2160, Clanton, Alabama 35046-2160
Ph: 251/280-2200
Fax: 205/280-2493
24-Hr: 800/843-0699
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)

**ALASKA**
Alaska Div. of Homeland Security and Emergency Management
P.O. Box 5750, Fort Richardson, AK 99505-5750
Ph: 602/244-0504
Fax: 907/428-7009
24-Hr: 907/428-7000
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)                    (b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)

**ARIZONA**
Arizona Div. of Emergency Management
5636 E. McDowell Road, Phoenix, AZ 85008-3495
Fax: 602/231-6263
24-Hr: 800/411-2336
(b)(6); (b)(7)(c)

**ARKANSAS**
Arkansas Department of Emergency Management
P.O. Box 758, Conway, AR 72033
Ph: 501/730-9750 (24-Hr.)
Fax: 501/730-9778
Emergency: 800/322-4012 or 501/730-9751
(b)(6); (b)(7)(c)

**CALIFORNIA**
California Office of Emergency Services
3650 Schriever Avenue, Mather, CA 95655
Ph: 916/845-8510
Fax: 916/845-8506
(b)(6); (b)(7)(c)

Office of Primary Responsibility:  NCC
Distribution:  OMNCS, NCC, NOC, All POCs in Appendix A          Page 8 of 30

(b)(6); (b)(7)(c)

**COLORADO**
Division of Emergency Management
9195 East Mineral Avenue, Suite 200, Centennial, Colorado 80112
Ph: 720/852-6600
Fax: 720/852-6750
(b)(6); (b)(7)(c)

**CONNECTICUT**
Department of Emergency Management and Homeland Security
25 Sigourney Street, 6th Floor, Hartford, CT 06106-5042
Ph: 860/256-0800 or 800/397-8876
Fax: 860/256-0815
(b)(6); (b)(7)(c)

**DELAWARE**
Department of Safety and Homeland Security
Delaware Emergency Management Agency
165 Brick Store Landing Road, Smyrna, DE 19977
Ph: 302/659-3362
Fax: 302/659-6855
24-Hr: 877/729-3362 (Delaware Only)
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)

**DISTRICT OF COLUMBIA**
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)

Homeland Security & Emergency Management Agency
2720 Martin Luther King Jr. Ave., SE.
Washington, DC 20032
Fax: 202/673-7054 or 202/673-2290
24-Hr: 202/727-6161 (Shift Supervisor)
(b)(6); (b)(7)(c)

**FLORIDA**
Division of Emergency Management
2555 Shumard Oak Boulevard, Tallahassee, FL 32399-2100
24-Hr: 850/413-9911 and 800/320-0519
Fax: 850/488-1739
(b)(6); (b)(7)(c)

(b)(6); (b)(7)(c)

**GEORGIA**
Georgia Emergency Management Agency
935 East Confederate Avenue, SE, Atlanta, GA 30316
Ph: 404/ 635-7000 or 1-800-TRY-GEMA (in Georgia only)
Fax: 404/635-7205
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)

(b)(6); (b)(7)(c)

**HAWAII**
Oahu Civil Defense Agency
650 S. King Street, Basement, Honolulu, HI 96813
Fax: 808/524-3439
24-Hr: 808/529-3911
(b)(6); (b)(7)(c)

Fax: 808/270-7275
24-Hr: 808/244-6400
(b)(6); (b)(7)(c)
Hawaii County Civil Defense Agency
920 Ululani Street, Hilo, HI 96720
Fax: 808/935-6460
24-Hr: 808/935-3311
(b)(6); (b)(7)(c)

**IDAHO**
Bureau of Homeland Security
4040 Guard Street, Bldg. 600, Boise, ID 83705-5004
Ph: 208/334-3460
Fax: 208/334-2322
24-Hr: 208/846-7610 or 800/632-8000 (Idaho only)
(b)(6); (b)(7)(c)

**ILLINOIS**
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)

Illinois Emergency Management Agency
110 E. Adams Street, Springfield, IL 62701
Fax: 217/557-2145
24-Hr: 217/782-7860
(b)(6); (b)(7)(c)

**INDIANA**
State Emergency Management Agency
302 W. Washington, Room E-208, Indianapolis, IN 46204-2760
Ph: 317/232-3830
Fax: 317/232-3895
24-Hr: 800/669-7362
(b)(6); (b)(7)(c)

**IOWA**
(b)(6); (b)(7)(c)



Homeland Security and Emergency Management Division
Hoover State Office Building
1305 E. Walnut, Level A, Des Moines, IA 50319-0113
Fax: 515/281-7539
24-Hr: 515/281-3231
(b)(6); (b)(7)(c)

**KANSAS**
Division of Emergency Management
2800 S.W. Topeka Blvd., Topeka, KS 66611-1287
Ph: 785/274-1409
Fax: 785/274-1426
24-Hr: 785/296-3176 or 800/905-7521
(b)(6); (b)(7)(c)

**KENTUCKY**
Division of Emergency Management
Emergency Operations Center
100 Minuteman Parkway, Boone Center, Frankfort, KY 40601-6168
Ph: 502/607-1638
Fax: 502/607-1614
24-Hr: 800/255-2587
(b)(6); (b)(7)(c)

**LOUISIANA**
Office of Homeland Security and Emergency Preparedness
7667 Independence Blvd., Baton Rouge, LA 70806
Ph: 225/925-7500
Fax: 225/925-7501
(b)(6); (b)(7)(c)

Office of Primary Responsibility: NCC
Distribution: OMNCS, NCC, NOC, All POCs in Appendix A

(b)(6); (b)(7)(c)

**MAINE**
Maine Emergency Management Agency
72 State House Station, Augusta, ME 04333-0072
Ph: 207/624-4400
24-Hr: 207/624-7000 or 1-800-452-8735 (in-state only)
(b)(6); (b)(7)(c)

**MARYLAND**
Maryland Emergency Management Agency
5401 Rue St. Lo Drive, Reisterstown, MD 21136
Fax: 410/517-3610
24-Hr: 410/517-3600
(b)(6); (b)(7)(c)

**MASSACHUSETTS**
Emergency Management Agency
400 Worcester Road (Route 9 Eastbound), Framingham, MA 01702-5399
Ph: 508/820-2000
Fax: 508/820-2030
24-Hr: 508/820-2000
(b)(6); (b)(7)(c)

**MICHIGAN**
(b)(6); (b)(7)(c)

Emergency Management Division
P.O. Box 30636, Lansing, MI 48909-8136
Ph: 517/332-2521
Fax: 517/333-4987
(b)(6); (b)(7)(c)

**MINNESOTA**
Homeland Security and Emergency Management
444 Cedar Street, Suite 223, St. Paul, MN 55101-6223
Ph: 651-296-2233
Fax: 651/296-0459 or 651/297-7372
(b)(6); (b)(7)(c)

Office of Primary Responsibility:  NCC
Distribution:  OMNCS, NCC, NOC, All POCs in Appendix A                Page 12 of 30

(b)(6); (b)(7)(c)

**MISSISSIPPI**
Mississippi Emergency Management Agency
1410 Riverside Drive, Jackson, MS 39202-1297
P.O Box 4501, Jackson, MS 39296-4501
Phone: 601/352-9100
Fax: 601/352-8314
24-Hr: 1-800-222-MEMA(6362)
(b)(6); (b)(7)(c)

**MISSOURI**
Emergency Management Agency
2302 Militia Drive, P.O. Box 116, Jefferson City, MO 65102
Fax: 573/526-9261
24-Hr: 573/751-2748
(b)(6); (b)(7)(c)

**MONTANA**
Disaster and Emergency Services
P.O. Box 4789 mitigation, Helena, MT 59604-4789
Ph: 406/841-3911 (duty officer)
Fax: 406/841-3965
Emergency: 406/841-3911
(b)(6); (b)(7)(c)

**NEBRASKA**
Emergency Management Agency
1300 Military Road, Lincoln, NE 68508-1090
Fax: 402/471-7433
24-Hr: 402/471-7421 and 877/297-2368
(b)(6); (b)(7)(c)

**NEVADA**
Department of Public Safety
Division of Emergency Management
2525 S. Carson Street, Carson City, NV 89711
Ph: 775/687-4240
Fax: 775/687-6788
24-Hr: 775/688-2830
(b)(6); (b)(7)(c)

September 25, 2009          FOR OFFICIAL USE ONLY          NCC SOP 303

**NEW HAMPSHIRE**
Division of Emergency Services, Communications and Emergency Management
Bureau of Emergency Management
33 Hazen Drive, Concord, NH 03305
107 Pleasant Street, State Office Park South, Concord, NH 03301
Fax: 603/225-7341
24-Hr: 603/271-3636 or 1-800-852-3792 (New Hampshire WATS line)
(b)(6); (b)(7)(c)

**NEW JERSEY**
Department of Environmental Protection State Emergency Response Commission (SERC)
New Jersey Office of Emergency Management
P.O. Box 7028, Trenton, NJ 08628
Fax: 609/777-0985
(b)(6); (b)(7)(c)

**NEW MEXICO**
New Mexico Department of Public Safety
Office of Emergency Management
PO Box 1628, Santa Fe, NM 87504
Fax: 505/476-9695
24-Hr: 505/476-9635
(b)(6); (b)(7)(c)

**NEW YORK**
State Emergency Management Office
1220 Washington Avenue, Building 22, Suite 101, Albany, NY 12226-2251
Ph: 581/292-2000
Fax: 518/457-9930
24-Hr: 518/457-2200
(b)(6); (b)(7)(c)

**NORTH CAROLINA**
(b)(6); (b)(7)(c)

Division of Emergency Management

Office of Primary Responsibility: NCC
Distribution: OMNCS, NCC, NOC, All POCs in Appendix A                    Page 14 of 30

116 W Jones St, Raleigh, NC 27603
Ph: 919/733-3867
Fax: 919/733-7554
24-Hr: 919/733-3300 or 800/858-0368
(b)(6); (b)(7)(c)

## NORTH DAKOTA
Division of Emergency Management
P.O. Box 5511, Bismarck, ND 58506-5511
Ph: 701/328-8100
Fax: 701/328-8181
24-Hr: 701/328-9921
(b)(6); (b)(7)(c)

## OHIO
(b)(6); (b)(7)(c)

Ohio Emergency Management Agency
2855 W. Dublin-Granville Road, Columbus, OH 43235-2206
Fax: 614/889-7183
24-Hr.: 614/889-7150
(b)(6); (b)(7)(c)

## OKLAHOMA
Department of Emergency Management
2401 Lincoln Blvd - Suite C51, P.O. Box 53365, Oklahoma City, OK 73152
Ph: 405/521-2481
Fax: 405/521-4053
24-Hr: 800/800-2481
(b)(6); (b)(7)(c)

## OREGON
(b)(6); (b)(7)(c)

Oregon Emergency Management
P.O. Box 14370, Salem, OR 97309-5062
Fax: 503/588-1378
24-Hr: 800/452-0311
(b)(6); (b)(7)(c)

**PENNSYLVANIA**
Pennsylvania Emergency Management Agency
2605 Interstate Drive , Harrisburg, PA 17110-9364
Fax: 717/651-2021
24-Hr: 717/651-2001
(b)(6); (b)(7)(c)


**RHODE ISLAND**
Emergency Management Agency
645 New London Avenue, Cranston, RI 02920
Fax: 401/944-1891
24-Hr: 401/946-9996
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)


**SOUTH CAROLINA**
(b)(6); (b)(7)(c)



Emergency Management Division
Pine Ridge Armory
2779 Fish Hatchery Road, West Columbia, SC 29172-2024
Fax: 803/737-8570
24-Hr: 803/737-8500
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)


**SOUTH DAKOTA**
Department of Public Safety
Office of Emergency Management
118 W. Capitol Avenue, Pierre, SD 57501
Ph: 605/773.32321
Fax: 605/773.3580
24-Hr: 605/773-3231
(b)(6); (b)(7)(c)


**TENNESSEE**
Tennessee Emergency Management Agency
3041 Sidco Drive, Nashville, TN 37204-1502
Fax: 615/242-9635
24-Hr: 615/741-0001 & In-State: 800/262-3400,
Out-of-State: 800/258-3300
(b)(6); (b)(7)(c)

Office of Primary Responsibility:  NCC
Distribution:  OMNCS, NCC, NOC, All POCs in Appendix A

(b)(6); (b)(7)(c)

**TEXAS**
Texas Department of Public Safety
Emergency Management Division
5805 North Lamar Blvd., Austin, Texas 78752-4422
Fax: 512/424-2444
24-Hr: 512/424-2208
(b)(6); (b)(7)(c)

**UTAH**
Department of Public Safety
Div. of Emergency Services and Homeland Security
State Office Building, Room 1110, Salt Lake City, UT 84114
Fax: 801/538-3770
24-Hr: 801/538-3400 or 1-800-SL-FAULT
(b)(6); (b)(7)(c)

**VERMONT**
Department of Public Safety
Emergency Management Division
103 S. Main Street, Waterbury, VT 05671-2101
Ph: 802/244-8721
Fax: 802/241-5556
24-Hr: 800/347-0488
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)

**VIRGINIA**
(b)(6); (b)(7)(c)

Department of Emergency Management
10501 Trade Court Virginia, Richmond, VA 23236-3713
Fax: 804/897-6576
24-Hr: 804/674-2400 or 800/468-8892
(b)(6); (b)(7)(c)
(b)(6); (b)(7)(c)

**WASHINGTON**
Washington State Emergency Management
Building 20, Camp Murray
Tacoma, WA 98430
Ph: 800-562-6108
24-hr: 1-800-258-5990
(b)(6); (b)(7)(c)

(b)(6); (b)(7)(c)

**WEST VIRGINIA**
Division of Homeland Security and Emergency Management
Bldg. 1 Rm. EB-80, 1900 Kanawha Blvd. East, Charleston WV 25305
Ph: 304/558-5380
Fax: 304/558-4538
24-Hr: 800/342-3074
(b)(6); (b)(7)(c)


**WISCONSIN**
Wisconsin Emergency Management
2400 Wright Street, P.O. Box 7865, Madison, WI 53708
Ph: 608/242-3232
Fax: 608/242-3247
24-Hr: 800/943-0003 or 608/242-3232
(b)(6); (b)(7)(c)


**WYOMING**
Emergency Management Agency
Office of Homeland Security
624 E. Pershing, Cheyenne, WY 82001
Ph: 307/777-4663
Fax: 307/638-7670
24-Hr: 307/777-4321
(b)(6); (b)(7)(c)



Office of Primary Responsibility:  NCC
Distribution:  OMNCS, NCC, NOC, All POCs in Appendix A          Page 19 of 30

September 25, 2009        FOR OFFICIAL USE ONLY        NCC SOP 303



Office of Primary Responsibility: NCC
Distribution: OMNCS, NCC, NOC, All POCs in Appendix A        Page 20 of 30





Office of Primary Responsibility: NCC
Distribution: OMNCS, NCC, NOC, All POCs in Appendix A

September 25, 2009          FOR OFFICIAL USE ONLY          NCC SOP 303



Office of Primary Responsibility:  NCC



(b)(7)(e); (b)(7)(f)

Case 1:13-cv-00260-JEB Document 11-2 Filed 07/26/13 Page 25 of 30





September 25, 2009          FOR OFFICIAL USE ONLY          NCC SOP 303

**Appendix E: External Agency Cellular Service Disruption Implementation Instructions**



Office of Primary Responsibility:  NCC
Distribution:  OMNCS, NCC, NOC, All POCs in Appendix A          Page 27 of 30

September 25, 2009          FOR OFFICIAL USE ONLY          NCC SOP 303







(b)(7)(e); (b)(7)(f)