Case 1:13-cv-00260-JEB   Document 11-4   Filed 07/26/13   Page 1 of 2

The President's National Security Telecommunications Advisory Committee        2006-2007 NSTAC Issue Review ▶ PREVIOUSLY ADDRESSED ISSUES

## Termination of Cellular Networks During Emergency Situations

### Investigation Group / *Period of Activity*

Cellular Service Shutdown Ad Hoc Working Group
*August 2005 – January 2006*

### Issue Background
As a direct result of the bombings that took place in the London transportation system in July 2005, U.S. authorities initiated the shut down of cellular network services in the Lincoln, Holland, Queens, and Brooklyn Battery Tunnels. The Federal Government based this precautionary measure on the suspicion that similar attacks might also be perpetrated in the tunnels leading to and from New York City. Though the decision was rooted in vital security concerns, the resulting situation, undertaken without prior notice to wireless carriers or the public, created disorder for both Government and the private sector at a time when use of the communications infrastructure was most needed. Shortly following these activities, the National Coordinating Center (NCC) hosted a teleconference to discuss the need to develop a process for determining if and when cellular shutdown activities should be undertaken in the future in light of the serious impact these efforts could have had, not only on access by the public to emergency communications services during these situations, but also on public trust in the communications infrastructure in general.

### History of NSTAC Actions and Recommendations
These actions highlighted, within the President's National Security Telecommunications Advisory Committee (NSTAC) community, the need for a process to ensure that future similar decisions meet the Nation's security goals and ensure the protection of critical infrastructures. Consequently, on August 18, 2005, the NSTAC established a Principal level task force to formulate, on an expedited basis, recommendations to effect efficient coordinated action between industry and Government in times of national emergency.

To facilitate more coordinated action, the NSTAC recommended that the President direct his departments and agencies to:

▶ Work to implement a simple process, building upon existing processes, with the Department of Homeland Security (DHS) and National Communications System (NCS) coordination enabling the Government to speak with one voice, provide decision makers with relevant information, and provide wireless carriers with Government-authenticated decisions for implementation; and

▶ Achieve rapid implementation through the Homeland Security Advisor of each State, in conjunction with the NCS and the Office of State and Local Government Coordination, DHS.

The group concluded its activities upon NSTAC approval of the Letter and recommendations in January 2006.

### Actions Resulting from NSTAC Recommendations
In support of the recommendations, the NCS approved Standard Operating Procedure (SOP) 303, "Emergency Wireless Protocols," on March 9, 2006, codifying a shutdown and restoration process for use by commercial and private wireless networks during national crises. Under the process, the NCC will function as the focal point for coordinating any actions leading up to and following the termination of private wireless network connections, both within a localized area, such as a tunnel or bridge, and within an entire metropolitan area. The decision to shutdown service will be made by State Homeland Security Advisors, their designees, or representatives of the DHS Homeland Security Operations Center. Once the request has been made by these entities, the NCC will operate as an authenticating body, notifying the carriers in the affected area of the decision. The NCC will also ask the requestor a series of questions to determine if the shutdown is a necessary action. After making the determination that the shutdown is no longer required, the NCC will initiate a similar process to reestablish service. The NCS continues to work with the Office of State and

Local Government Coordination at DHS, and the Homeland Security Advisor for each State to initiate the rapid implementation of these procedures.

## Reports Issued

*NSTAC Cellular Shutdown Letter to the President,* January 2006