**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| ELECTRONIC PRIVACY INFORMATION ) | |
| CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-00260 (JEB) |
| ) | |
| U.S. DEPARTMENT OF ) | |
| HOMELAND SECURITY ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiffs' Cross-

Motion for Summary Judgment, and related filings, it is hereby:

ORDERED that Defendants' Motion for Summary Judgment is DENIED;

ORDERED that Plaintiffs' Cross-Motion for Summary Judgment is GRANTED;

ORDERED that Defendant shall produce all records responsive to Plaintiff's Freedom of

Information Act request

Dated: _____.                    _____
                                               JAMES E. BOASBERG
                                               United States District Judge