UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**DEPARTMENT OF HOMELAND SECURITY,**<br><br>    **Defendant.** | Civil Action No.  13-260 (JEB) |

## ORDER

As set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion for Summary Judgment is DENIED;

2. Plaintiff's Motion for Summary Judgment is GRANTED;

3. This Judgment is STAYED for 30 days; and

4. Should DHS notice an appeal by December 12, 2013, the stay shall remain in effect until the Court of Appeals rules on such appeal.

IT IS SO ORDERED.

                                /s/ James E. Boasberg
                                JAMES E. BOASBERG
                                United States District Judge

Date:  November 12, 2013