# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) ) |
| Defendant. | ) ) ) |

Case No. 1:13-CV-260 (JEB)

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, Department of Homeland Security, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and this Court's Memorandum Opinion entered on November 12, 2013 (Docket Nos. 18, 19), which granted Plaintiff's motion for summary judgment and denied Defendant's motion for summary judgment.

Dated:  January 13, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

RONALD C. MACHEN JR
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch,
Civil Division

  /s/ Justin M. Sandberg
JUSTIN M. SANDBERG

(Ill. Bar No. 6278377)
Trial Attorney
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
20 Mass. Ave., NW, Rm. 7302
Washington, DC 20001
(202) 514-5838 phone
(202) 616-8202 fax
justin.sandberg@usdoj.gov

Attorneys for Defendant