# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 14-5013**　　　　　　　　　　　　　　**September Term, 2014**

FILED ON: FEBRUARY 10, 2015

ELECTRONIC PRIVACY INFORMATION CENTER,
　　　　　APPELLEE

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
　　　　　APPELLANT



Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-00260)

Before: ROGERS, *Circuit Judge*, and SENTELLE and RANDOLPH, *Senior Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment appealed from in this cause is hereby reversed and the case is remanded for the district court to determine whether any reasonably segregable portions of SOP 303 can be disclosed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:　/s/
　　　Jennifer M. Clark
　　　Deputy Clerk

Date: February 10, 2015

Opinion for the court filed by Circuit Judge Rogers.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy