UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER** | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:13-cv-00260-JEB ) |
| **DEPARTMENT OF HOMELAND SECURITY** | ) ) ) |
| Defendant. | ) ) ) |

## JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant Department of Homeland Security ("DHS") hereby submit the following joint motion and proposed briefing schedule for the determination of attorneys' fees and costs in this matter:

1. The parties have conferred on the issue of attorneys' fees and costs and, as of this filing's date, the parties have been unable to resolve that issue.

2. Accordingly, the parties propose that the Court adopt the following briefing schedule: EPIC's motion for attorneys' fees and costs is due on or before April 25, 2016; DHS's opposition is due on or before May 27, 2016; and EPIC's reply is due on or before June 10, 2016.

Date: April 5, 2016                                    Respectfully submitted,


MARC ROTENBERG                                         BENJAMIN C. MIZER
EPIC President                                         Principal Deputy Assistant Attorney General

ALAN BUTLER                                            CHANNING D. PHILLIPS
EPIC Senior Counsel                                    United States Attorney

1

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s    T. John Tran*
T. JOHN TRAN
EPIC FOIA Counsel
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
Tel: (202) 483-1140
Fax: (202) 483-1248
tran@epic.org

*s/    Justin M. Sandberg*
JUSTIN M. SANDBERG
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel: (202) 514-5838
Fax: (202) 616-8470
justin.sandberg@usdoj.gov

**Attorneys for Plaintiff**

**Attorneys for Defendant**