IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>Defendant. | No. 1:13-cv-0260-JEB |

### AFFIDAVIT OF JULIA HORWITZ

1. My name is Julia Horwitz, and all statements made herein are true, and based on my personal knowledge.

2. I am an adult resident of the District of Columbia.

3. I am a 2012 graduate of University of Chicago Law School.

4. I am a member in good standing of the DC Bar and the Maryland State Bar, and was licensed to practice law during the entirety of the time spent on behalf of the Electronic Privacy Information Center (EPIC) in the above-captioned matter.

5. I was employed by EPIC from September 2012 to August 2015.

6. I performed 91.2 hours of work on behalf of EPIC in the above-captioned matter.

7. This calculation is supported by the contemporaneously-generated time records that I recorded throughout the litigation of the above-captioned matter.

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on April 25, 2016.

_____
Julia Horwitz