# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

**EPIC v. Department of Homeland Security (13-260)**
**Billing Records, Reply in Support of Motion for Attorney's Fees**

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/3/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Review Agency opposition | | | |
| 6/9/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 6/9/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 6/9/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Conference re: case status (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 6/9/2016 | Alan Butler | 0.3 | $406.00 | $121.80 |
| | **Description:** Conference re: DC Cir attorney fee case developments (Other EPIC staff present: J. Tran, M. Rotenberg) | | | |
| 6/9/2016 | John Tran | 0.3 | $331.00 | $99.30 |
| | **Description:** Conference re: DC Cir attorney fee case developments (Other EPIC staff present: A. Butler, M. Rotenberg) | | | |
| 6/9/2016 | Marc Rotenberg | 0.3 | $796.00 | $238.80 |
| | **Description:** Conference re: DC Cir attorney fee case developments (Other EPIC staff present: A. Butler, J. Tran) | | | |
| 6/10/2016 | John Tran | 1.5 | $331.00 | $496.50 |
| | **Description:** Review Agency opposition | | | |
| 6/10/2016 | John Tran | 1.5 | $331.00 | $496.50 |
| | **Description:** Research fee reply | | | |
| 6/13/2016 | John Tran | 0.6 | $331.00 | $198.60 |
| | **Description:** Conference re: fee reply (Other EPIC staff present: A. Butler, A. Thomson) | | | |
| 6/13/2016 | Alan Butler | 0.6 | $406.00 | $243.60 |
| | **Description:** Conference re: fee reply (Other EPIC staff present: J. Tran, A. Thomson) | | | |

# Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**EPIC v. Department of Homeland Security (13-260)**
**Billing Records, Reply in Support of Motion for Attorney's Fees**

---

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/13/2016 | Aimee Thomson | 0.6 | $331.00 | $198.60 |
| | **Description:** Conference re: fee reply (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 6/13/2016 | Aimee Thomson | 2.4 | $331.00 | $794.40 |
| | **Description:** Draft fee reply motion | | | |
| 6/14/2016 | John Tran | 1.2 | $331.00 | $397.20 |
| | **Description:** Draft fee reply | | | |
| 6/14/2016 | Marc Rotenberg | 0.1 | $796.00 | $79.60 |
| | **Description:** Conference to discuss reply brief (Other EPIC staff present: J. Tran, A. Butler) | | | |
| 6/14/2016 | John Tran | 0.1 | $331.00 | $33.10 |
| | **Description:** Conference to discuss reply brief (Other EPIC staff present: M. Rotenberg, A. Butler) | | | |
| 6/14/2016 | Alan Butler | 0.1 | $406.00 | $40.60 |
| | **Description:** Conference to discuss reply brief (Other EPIC staff present: M. Rotenberg, J. Tran) | | | |
| 6/15/2016 | John Tran | 3.5 | $331.00 | $1,158.50 |
| | **Description:** Draft fee reply | | | |
| 6/15/2016 | Aimee Thomson | 3.1 | $331.00 | $1,026.10 |
| | **Description:** Draft fee reply motion | | | |
| 6/16/2016 | John Tran | 7.5 | $331.00 | $2,482.50 |
| | **Description:** Draft fee reply | | | |
| 6/16/2016 | Aimee Thomson | 5.8 | $331.00 | $1,919.80 |
| | **Description:** Draft fee reply motion | | | |
| 6/17/2016 | John Tran | 0.8 | $331.00 | $264.80 |
| | **Description:** Draft fee reply and declaration | | | |

## Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

**EPIC v. Department of Homeland Security (13-260)**
**Billing Records, Reply in Support of Motion for Attorney's Fees**

---

| Date | Attorney Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/17/2016 | John Tran | 2.0 | $331.00 | $662.00 |
| | **Description:** Edit fee reply | | | |
| 6/17/2016 | John Tran | 0.5 | $331.00 | $165.50 |
| | **Description:** Draft billing records | | | |
| 6/17/2016 | John Tran | 0.5 | $331.00 | $165.50 |
| | **Description:** File fee reply | | | |
| 6/17/2016 | Alan Butler | 2.1 | $406.00 | $852.60 |
| | **Description:** Edit fee reply and declaration | | | |
| 6/17/2016 | Aimee Thomson | 2.8 | $331.00 | $926.80 |
| | **Description:** Edit fee reply motion | | | |
| 6/17/2016 | Marc Rotenberg | 1.2 | $796.00 | $955.20 |
| | **Description:** Review fee reply and declaration | | | |

**Total Hours:** 39.8         **Total Amount:** $14,204.30